# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN EDWARD DOUGLAS-MCCLAIN,<br><br>  Plaintiff<br><br>v.<br><br>JUDGE JEANNIE HUA and JUDGE SUSAN BAUCUM,<br><br>  Defendants | Case No.: 2:22-cv-00227-APG-VCF<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 4] |

On April 13, 2022, Magistrate Judge Ferenbach recommended that I dismiss this case because plaintiff Sean Douglas-McClain did not pay the filing fee or submit an application to proceed in forma pauperis by the March 24, 2022 deadline. ECF No. 4.  Douglas-McClain did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Ferenbach's report and recommendation (ECF No. 4) is accepted and this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 30th day of April, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE